**DISMISSED and Opinion Filed August 6, 2021**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-21-00535-CV**

_____

**JIMMY LEE MENIFEE, Appellant**

**V.**

**MAYOR ERIC JOHNSON AND THE CITY OF DALLAS, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-05003**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Partida-Kipness

Appellant, a vexatious litigant subject to a prefiling order, filed this appeal without an order from the local administrative judge granting him permission to appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.102. Accordingly, pursuant to section 11.1035 of the Texas Civil Practice and Remedies Code, we directed appellant to obtain an order from the appropriate local administrative judge permitting the appeal and to file the order with the Court. *See id.* § 11.1035(b). Although we cautioned appellant that failure to comply within ten days would result in dismissal of the appeal, more than ten days have passed and appellant has not responded. *See id.*

The appeal is therefore dismissed. *See id.*

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

210535F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIMMY LEE MENIFEE, Appellant

No. 05-21-00535-CV          V.

MAYOR ERIC JOHNSON AND
THE CITY OF DALLAS, Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-05003.
Opinion delivered by Justice Partida-
Kipness, Justices Myers and Garcia
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered August 6, 2021